IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>   Plaintiff,<br><br>   vs.<br><br>WILLIAM CALLAWAY, dba PARADISE READY MIX, INC.,<br><br>   Defendant.<br>_____ / | CIV. NO. S-10-1801 GEB GGH PS |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>   Plaintiff,<br><br>   vs.<br><br>WILLIAM CALLAWAY, dba WILLIAMS REDI MIX, et al.,<br><br>   Defendants.<br>_____ / | CIV. NO. S-12-0443 MCE DAD<br><br><br><br>NON-RELATED CASE ORDER |

The court has received the Notice of Related Cases concerning the above-captioned cases, filed February 22, 2012. See E.D. Cal. Local Rule 123. The court has,

\\\\\

1

1  however, determined that it is inappropriate to relate and reassign Civil No. S- 12-0443 MCE

2  DAD to Civil No. S- 10-1801 GEB GGH PS, and it therefore declines to do so.

3  DATED: February 27, 2012

4                             /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

5  GGH:076/cspa1801.non-rel.wpd