IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | |
| Plaintiff, | CIV. NO. S-10-1801 GEB GGH PS |
| vs. | |
| WILLIAM CALLAWAY, dba PARADISE READY MIX, INC., | |
| Defendant. _____/ | |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | |
| Plaintiff, | CIV. NO. S-12-0443 MCE DAD |
| vs. | |
| WILLIAM CALLAWAY, dba WILLIAMS REDI MIX, et al., | |
| | NON-RELATED CASE ORDER |
| Defendants. _____/ | |

The court has received the Notice of Related Cases concerning the above-captioned cases, filed February 22, 2012. See E.D. Cal. Local Rule 123. The court has,

\\\\\

1

1  however, determined that it is inappropriate to relate and reassign Civil No. S- 12-0443 MCE
2  DAD to Civil No. S- 10-1801 GEB GGH PS, and it therefore declines to do so.
3  DATED: February 27, 2012

                         /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/cspa1801.non-rel.wpd