IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING<br>PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM CALLAWAY, dba<br>PARADISE READY MIX, INC.,<br><br>　　　　Defendant.<br>_____/ | No. 2:12-cv-0443 MCE DAD PS<br><br><br><br><br>ORDER |

　　　　This matter came before the court on August 31, 2012, for hearing of plaintiff's re-noticed motion for default judgment. Erik Roper, Esq. appeared for plaintiff California Sportfishing Protection Alliance. Defendant William Callaway appeared on his own behalf.

　　　　Pursuant to the parties' agreement announced at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request to withdraw the June 20, 2012 motion for default judgment (Doc. No. 10), re-noticed for hearing before the undersigned on July 30, 2012 (Doc. No. 16), is granted;

/////

1

2. Defendant's request to withdraw his August 30, 2012, motion quash (Doc. No. 18) is granted;

3. The Clerk of the Court is directed to set aside the May 21, 2012 entry of default as to defendant William Callaway (Doc. No. 9) and enter his appearance in this action; and

4. Defendant Callaway shall file an answer or a responsive pleading to plaintiff's complaint filed in this action on or before September 28, 2012.

DATED: September 4, 2012.

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:6
Ddad1\orders.pro se\cspa-callaway0443.oah.083112