ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
         Erik@packardlawoffices.com
         Emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM "BILL" CALLAWAY, an individual, dba WILLIAMS REDI MIX,<br><br>Defendant. | Case No. 2:12-CV-00443-MCE-DAD<br><br>STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING AND TO GRANT DEFENDANT LEAVE TO USE THE COURT'S CM/ECF SYSTEM; ORDER |

WHEREAS, on July 30, 2012, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed a motion for entry of default judgment ("Motion") against Defendant William Callaway ("Defendant");

WHEREAS, Defendant is representing himself in this litigation as a *Pro Se* party;

WHEREAS, Plaintiff and Defendant shall be collectively referred to herein as the "Parties";

STIPULATION TO GRANT DEFENDANT LEAVE
TO USE CM/ECF AND EXTEND ANSWER FILING
DEADLINE; [PROPOSED] ORDER THEREON           1            Case No. 2:12-CV-00443-MCE-DAD

WHEREAS, on August 31, 2012, a hearing on the Motion was held (the "August 31st Hearing") before Magistrate Judge Dale A. Drozd ("Judge Drozd");

WHEREAS, during the August 31st Hearing, Plaintiff alerted the Court to the fact that Defendant has been granted leave to utilize the Court's electronic document filing system ("CM/ECF") in a separate matter in which the Parties are currently litigating (see Case No. 2:10-cv-01801-GEB-GGH, ECF No. 31 at 3:1-10, Order executed by Magistrate Judge Gregory G. Hollows on June 20, 2011);

WHEREAS, during the August 31st Hearing, Judge Drozd indicated his willingness to allow Defendant to utilize the CM/ECF system;

WHEREAS, Defendant lives approximately sixty miles (over a one hour drive) from the Court in Sacramento;

WHEREAS, Defendant seeks to avoid the burdensome fuel and parking expenses he would necessarily incur each time he would need to drive to Sacramento to file pleadings in this action at the Court absent leave to utilize the CM/ECF system;

WHEREAS, Local Rule 133(b)(3) requires *Pro Se* defendants to obtain leave of Court in order to utilize the CM/ECF system;

WHEREAS, in the interest of fairness, the conservation of economic resources and judicial economy, the Parties agree that it is their mutual interest for the Court to grant Defendant leave to utilize the CM/ECF system;

WHEREAS, subsequent to the August 31st Hearing, Judge Drozd issued an order requiring Defendant to "file an answer or a responsive pleading to plaintiff's complaint filed in this action on or before September 28, 2012" (ECF No. 20 at 2:6-7, executed by Judge Drozd on September 4, 2012);

WHEREAS, Judge Drozd's order dated September 4, 2012 also directed the Clerk of the Court to set aside the May 21, 2012 entry of default against Defendant;

WHEREAS, Defendant failed to file an answer or responsive pleading by the September 28, 2012 deadline;

WHEREAS, given Defendant's failure to comply with the September 28, 2012 filing deadline, on October 8, 2012, Plaintiff filed a second request seeking entry of default against Defendant;

WHEREAS, on October 9, 2012, the Clerk of the Court declined to enter the requested default due to Defendant's filing earlier that same day of a motion to quash;

WHEREAS, seeing it has no remedy to address Defendant's failure to comply with the September 28, 2012 filing deadline imposed by Judge Drozd, Plaintiff grudgingly agrees to stipulate to continue that filing deadline and grant Defendant leave of Court to file an answer or a responsive pleading to Plaintiff's complaint on or before October 26, 2012;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendant, in the interest of fairness and judicial economy that Defendant be granted leave of Court to utilize its CM/ECF system and that Defendant be granted leave of Court to file an answer or a responsive pleading to Plaintiff's complaint on or before October 26, 2012.

Respectfully submitted,

Dated: October 19, 2012   LAW OFFICES OF ANDREW L. PACKARD
By: **/s/ Erik Roper**
Erik M. Roper
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: October 19, 2012   William Callaway

By: **/s/ William Callaway**
William Callaway, Defendant in *Propria Persona*
(Electronically signed pursuant to Local Rule 131(f);
original signature retained by attorney Erik Roper)

## ORDER

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Defendant is granted leave of Court to utilize its CM/ECF system. Further, it is ORDERED that Defendant is granted leave of Court to file an answer or a responsive pleading to Plaintiff's complaint on or before October 26, 2012.[1]

IT IS SO ORDERED.

Dated: October 22, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\cspa-callaway0443.stip.eot.doc

---

[1] Defendant is cautioned that failure to file an answer or responsive pleading by October 26, 2012, may result in an order striking defendant's appearance in this action.